United States District Court
Southern District of Texas
**ENTERED**
June 16, 2026
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| M.F.M.R., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. H-26-4576 |
| | § | |
| JOSEPH B. EDLOW, *et. al.*, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## ORDER

Pending before the Court is Plaintiff's Motion to Allow Plaintiff to Proceed Under a Pseudonym (Document No. 2). Having considered the motion, submissions, and applicable law, the Court determines that the motion should be denied. Accordingly, the Court hereby

**ORDERS** that Plaintiff's Motion to Allow Plaintiff to Proceed Under a Pseudonym (Document No. 2) is **DENIED.**

SIGNED at Houston, Texas, on this __16__ day of June, 2026.

DAVID HITTNER
United States District Judge